IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT HALL, et al.**, <br><br> Plaintiff, <br><br> *v.* <br><br> **LITTLE CAESARS ENTERPRISES INC., et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 22-0777-KSM** |

**ORDER**

**AND NOW**, this 8th day of November, 2022, upon consideration of Plaintiffs' Stipulations of Dismissal (Doc. Nos. 67, 68) and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure[1] of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** accordingly:

1. **WITHOUT PREJUDICE** as to Plaintiffs' collective and/or class action claims under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 216, *et seq*.; and

2. **WITH PREJUDICE** as to all of Plaintiffs' remaining claims.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] Rule 41.1(b) enables the Court to "enter an order dismissing the action *with* prejudice, without costs, pursuant to the agreement of counsel," but explains that "[a]ny such order of dismissal may be…modified…." E.D. Pa. Civ. R. 41.1(b).